Form 2500C (Rev. 12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

Corey Renee Tate and Pamela Cherrye Tate                             CASE NO. 20–50491–KMS

      DEBTOR.                                                                                          CHAPTER 13

Pamela Cherrye Tate                                                                                  **PLAINTIFF**

   v.                                                                                                 ADV. PROC. NO. 25–06012–KMS

Cash Cow / EZ Cash                                                                              **DEFENDANT**

### SUMMONS AND NOTICE OF HEARING IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:                      Danny L. Miller, Clerk of Court
                                                      Dan M. Russell, Jr. U.S. Courthouse
                                                       2012 15th Street, Suite 244
                                                       Gulfport, MS 39501

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:       Thomas Carl Rollins, Jr, Esq.
                                                           The Rollins Law Firm, PLLC
                                                           PO BOX 13767
                                                           Jackson, MS 39236

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that an evidentiary hearing on the complaint will be held at the following time and place:

    Address:        William M. Colmer Federal Building, Courtroom 2, 701 North Main Street, Hattiesburg, Mississippi.

    Date and Time:    July 17, 2025 at 10:30 AM.

Testimony will be taken. Witnessess shall appear.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: June 18, 2025



                                                                 Danny L. Miller, Clerk of Court

                                                                  By: /s/Christy Cannette, Deputy Clerk

Form 2500C

25–06012–KMS

# CERTIFICATE OF SERVICE

I, Jennifer Curry Calvillo (name), certify that service of this summons and a copy of the complaint was made 6-18-2025 (date) by:

(X) Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
1. Southern Fast Loans of MS, Inc., c/o CT Corporation System, 1045 Lakeland Dr East, Ste 101, Flowood, MS 39232
2. Cash Cow/EZ Cash, c/o Legal Dept, 8001 Dunwoody Place, Ste 406, Atlanta, GA 30350

( ) Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

( ) Publication: The defendant was served as follows: [Describe briefly]

( ) State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 6-18-25      Signature _____

Print Name: Jennifer A. Curry Calvillo

Business Address: 702 W Pine St, Hattiesburg, MS 39402