United States Bankruptcy Court
Southern District of Mississippi

Tate,
    Plaintiff

Cash Cow / EZ Cash,
    Defendant

Adv. Proc. No. 25-06012-KMS

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 1
Date Rcvd: Jun 18, 2025     Form ID: advsum3     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion05.ja.ecf@usdoj.gov | Jun 18 2025 19:49:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| ust | + Email/Text: ustpregion05.ja.ecf@usdoj.gov | Jun 18 2025 19:49:00 | United States Trustee, 501 E. Court Street, Ste 6-430, Jackson, MS 39201-5022 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Plaintiff Pamela Cherrye Tate trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

TOTAL: 1

Form 2500C (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| Corey Renee Tate and Pamela Cherrye Tate | CASE NO. 20−50491−KMS |
| DEBTOR. | CHAPTER 13 |

| | |
|---|---|
| Pamela Cherrye Tate | PLAINTIFF |
| v. | ADV. PROC. NO. 25−06012−KMS |
| Cash Cow / EZ Cash | DEFENDANT |

## SUMMONS AND NOTICE OF HEARING IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:  Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:  Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that an evidentiary hearing on the complaint will be held at the following time and place:

Address:  William M. Colmer Federal Building, Courtroom 2, 701 North Main Street, Hattiesburg, Mississippi.

Date and Time:  July 17, 2025 at 10:30 AM.

Testimony will be taken. Witnessess shall appear.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: June 18, 2025



Danny L. Miller, Clerk of Court

By:  /s/Christy Cannette, Deputy Clerk

Form 2500C

25−06012−KMS

## CERTIFICATE OF SERVICE

I,_____(name), certify that service of this summons and a copy of the complaint was made _____date) by:

( )   Mail service: Regular, first class United States mail, postage fully pre−paid, addressed to:

( )   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

( )   Residence Service: By leaving the process with the following adult at:

( )   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

( )   Publication: The defendant was served as follows: [Describe briefly]

( )   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

Print Name:    _____

Business Address:    _____

_____