# Proceeding Minutes / Proceeding Memo

**Case #:** 25-06012  **Case Name:** Tate v. Cash Cow / EZ Cash

**Set:** 07/17/2025 10:30 am  **Chapter:**  **Type:** ap  **Judge:** Katharine M. Samson

**matter** Adversary case 25-06012. (11 (Recovery of money/property - 542 turnover of property)): Complaint by Thomas Carl Rollins Jr on behalf of Pamela Cherrye Tate against EZ CASH CASH COW.   (Dkt. #1)

---

Amended Minute Entry Re: (related document(s): [1] Complaint filed by Pamela Cherrye Tate) The title has been returned. Rollins to submit an Order. Order due by 07/31/2025. Hearing removed. Adversary to proceed with remaining issues. (mcc)