

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 4, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   COREY RENEE TATE | CASE NO. 20-50491-KMS |
| PAMELA CHERRYE TATE, Debtors | CHAPTER 13 |

**PAMELA CHERRYE TATE, Plaintiff**

v.                                                                                                    AP No. 25-06012-KMS

**Cash Cow / EZ Cash, Defendant**

### ORDER OF DISMISSAL

THIS MATTER came before the Court on the Plaintiff's Complaint to Require Turnover of Vehicle Title, for Sanctions and for Damages [Dkt. #1]. The Court, having been informed that the Defendant has returned the vehicle title at issue and has agreed to pay reasonable attorney's fees in the amount of $1,232.00, finds that the matter is now resolved, and that dismissal is appropriate.

IT IS, THEREFORE, ORDERED that The above-styled adversary proceeding is hereby DISMISSED with prejudice. The Court shall retain jurisdiction to enforce the terms of this Order, including payment of attorney's fees.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR